JUSTICE LEAPHART,
specially concurring.
¶116 I concur with the result reached by the Court and I would affirm the judgment of the District Court. However, for the reasons set forth in my special concurrence in State v. Smith (1996), 280 Mont. 158, 186, 931 P.2d 1272, 1289, I do not agree with the limits that this Court and the legislature have placed upon the scope of our proportionality review. Section 46-18-310, MCA (1997). Nonetheless, whether reviewed under § 46-18-310, MCA (1997), or under the more expansive standard that I have suggested, I agree that the sentence imposed on Sattler was not out of proportion to other similar cases, specifically the Turner and Gollehon cases cited in the opinion.